[Para tener acceso a este sitio en español, presione aquí]

# Case Processing Times

**Alert**

USCIS processing times for certain form types may no longer reference a specific service center location (for example, Vermont Service Center). We are in the process of adjusting all processing times for service center-related forms to now list "Service Center Operations (SCOPS)." Service Center Operations has expanded its capability to process casework at multiple locations, at various points in time, based on business needs and staffing requirements. Therefore, listing a specific location is no longer an accurate representation of where a case is processed. We are adjusting our case processing time metrics to provide the most accurate and up-to-date information by form type.

While certain form processing times are now listed under Service Center Operations, you may continue to receive correspondence from USCIS listing a specific service center location.

## Select your form, form category, and the office that is processing your case

*Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the More Information About Case Processing Times page.*

Please complete all of the required fields marked with an * asterisk.

Form *

I-130 | Petition for Alien Relative

Form Category *

U.S. citizen filing for a spouse, parent, or child unc

Field Office or Service Center *

Service Center Operations (SCOPS)

Get processing time

# Processing time for Petition for Alien Relative (I-130) at Service Center Operations (SCOPS)

80% of cases are completed within

21.5

Months

Sign in or create a new account to see your estimated case timeline.

### Notes

USCIS posts one processing time for any Service Center location that processes Form I-130 Petition for Alien Relative, specifically for Immediate Relative (IR) classification. We keep these requests in an electronic system that allows us generally to assign adjudication-ready cases in the order USCIS receives them, regardless of where the customer is located, where the case is pending, or which service center will adjudicate.

### What does this processing time mean?

We generally process cases in the order we receive them. This processing time is based on how long it took us to complete 80% of adjudicated cases over the past six months. Each case is unique, and some cases may take longer than others. Processing times should be used as a reference point, not an absolute measure of how long your case will take to be completed.

Learn more about processing times.

### When can I ask about my case?

Many routine factors affect how quickly a case may be processed. To facilitate resolution of these factors, we only allow questions for certain cases.

Learn more about the Case Inquiry Date.

Enter your receipt date below to find out if you can contact us with questions.

When is your receipt date?

mm/dd/yyyy

**Get Inquiry Date**

## Other case processing times resources

Frequently Asked Questions About Processing Times

When to expect to receive your Green Card

Processing information for the I-765

Affirmative Asylum Interview Scheduling

Administrative Appeals Office

Historical Average Processing Times

Parole Processing

## Case management tools

Ask about the processing of your case

Check your case status

Update your mailing address

Ask about missing mail

Correct a typographical error

Request appointment accommodations

Return to top

| | | |
|---|---|---|
| **Topics** | **Forms** | **Newsroom** |
| **Citizenship** | **Green Card** | **Laws** |
| **Tools** | | |

U.S. Citizenship and Immigration Services

Contact USCIS

USCIS.gov
An official website of the U.S. Department of Homeland Security

About USCIS
Accessibility
Budget and Performance
DHS Components
Freedom of Information Act
No FEAR Act Data
Privacy and Legal Disclaimers
Site Map
Office of the Inspector General
The White House
USA.gov

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES