Gmail

Joseph Moro <joseph@morolegal.com>

**Your recent inquiry**
1 message

**USCIS** <USCIS-CaseStatus@dhs.gov> Fri, May 16, 2025 at 6:23 PM
To: joseph@morolegal.com

U.S. Department of Homeland Security
USCIS
12484 E. Weaver Place
Centennial, CO 80111

U.S. Citizenship and Immigration Services Friday, May 16, 2025

Dear Joshua Rodriguez Gonzalez:

On 04/28/2025, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Attorney or Authorized Representative

Case type:
-- I130

Referral ID:
-- SR11182504365CSC

Type of service requested:

The status of this service request is:

Thank you for contacting USCIS concerning the above-referenced application. Below is a summary of what we have found.

We are experiencing a high volume of applications. Your case is awaiting review. You do not need to do anything at this time. If we need any information from you, we will mail you a request for evidence at your current address on file with USCIS. When we make a decision on your case, we will mail a notice to you or your representative at the address you gave us.

Please note that processing times are estimates and are not a guarantee that applications will be processed within a specific timeframe. Individual processing times vary. Once further action is taken, notice will be sent to the address of record. It is important that you carefully follow the instructions outlined on any future notice that you might receive.

We assure you that we are working to complete the adjudication of your application as quickly as available resources allow. If you have not received notice of further action within 90 days of this response, please feel free to submit a new request to the USCIS Contact Center for additional assistance.

If your receipt number begins with IOE, please consider activating your USCIS online account at myaccount.uscis.gov. You can use your account to get your current case status, access every notice we send you, and offers the capability to scan and upload any USCIS requested documents. You can also send messages and receive answers through a secure inbox.

Address Changes; If you move, please provide us with an updated address. For more information about address changes, please visit our website at uscis.gov/addresschange, and click on "How to Change Your Address." To ensure that all mail is delivered as addressed, please also ensure that you are registered with the U.S. Postal Service (USPS) to receive mail at the address of record you have provided to USCIS.

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter. The USCIS website also provides detailed information about policies and procedures, and you can download and e-file forms from the website.