Gmail **Joseph Moro <joseph@morolegal.com>**

---

**Your recent inquiry (Attorney/paralegal copy of customer communication)**
1 message

---

**USCIS** <USCIS-CaseStatus@dhs.gov> Sat, Aug 8, 2026 at 11:03 AM
To: joseph@morolegal.com

U.S. Department of Homeland Security
USCIS
12484 E. Weaver Place
Centennial, CO 80111

U.S. Citizenship and Immigration Services Saturday, August 8, 2026

Dear Joshua Rodriguez Gonzalez:

On 08/03/2026, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Attorney or Authorized Representative

Case type:
-- I130

Referral ID:
-- SR12152600689RPA

Type of service requested:
-- Check Case Processing

The status of this service request is:

On 08/03/2026, you or your representative contacted U.S. Citizenship and Immigration Services (USCIS) about your I130 because you believe your case is taking longer than expected.
We are still reviewing your case. We will mail you a notice when we make a decision.

------------------------------
We offer many online services and tools to help you find the information you need at www.uscis.gov/tools and my.uscis.gov, including:
Case Status: Sign up for detailed case updates in myUSCIS: my.uscis.gov/account
Check your current case status: www.uscis.gov/casestatus
Check processing times: www.uscis.gov/processingtimes
Ask about your case: www.uscis.gov/e-request
Schedule an appointment: my.uscis.gov/appointment
Ask our virtual assistant Emma: www.uscis.gov/emma
Address Changes: If you move, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.
If you try our online tools and still need help, you can call the USCIS Contact Center at 800-375-5283 or 800-767-1833 (TDD for the hearing impaired).

Thank you for your inquiry. We appreciate your continued patience.