# AFFIDAVIT OF JOSHUA DAVID RODRIGUEZ GONZALEZ

I, Joshua David Rodriguez Gonzalez, hereby affirm under penalty of perjury:

1. My name is Joshua David Rodriguez Gonzalez. I was born on November 13, 1993, in Caguas, Puerto Rico. I am a citizen of the United States of America.
2. I currently reside at 679 Reed Court, Apartment 5-107, in Lakewood, Colorado, with my wife Irene Berenice Zubia Sanchez ("Berenice").
3. On March 21, 2023, I filed an immigration petition (Form I-130) for my stepson, [redacted] with USCIS.
4. USCIS assigned receipt number IOE9236357704 to my Form I-130 petition.
5. USCIS has not requested additional evidence or information since I filed this Form I-130 petition on March 21, 2023.
6. It has been three and a half years with no update from USCIS or changes to the status of my Form I-130 petition. USCIS has not requested any further information or evidence from me in order to process my petition.
7. I am submitting this affidavit to describe the immense impact the delay in processing my case has had on me and my entire family.
8. [redacted] was born to my wife, Berenice, on November 10, 2017, in Mexico.
9. My wife Berenice has lived in the United States since August 2020. We married in March 5, 2022. Berenice is a lawful permanent resident of the United States.
10. It has now been over six years that Berenice has been separated from [redacted]
11. My stepson [redacted] has been living with his grandparents in Mexico since Berenice came to the United States.
12. [redacted] is currently enrolled in school in Mexico. Over the last two years, [redacted] expressed ongoing feelings of sadness and emotional trauma. His school

psychologist has written two letters, which were both submitted to USCIS previously, sharing details about the effects of the separation on [redacted]'s mental well-being.

13. The ongoing delay in processing my petition has taken a significant emotional and mental toll on me and my family. The inability to have my stepson join us to live in the United States has caused immense distress to [redacted], Berenice, and myself. It is only more frustrating when we have gone through all the legal processes, paid filing fees, and submitted all requested documentation, only for our petition to languish for much longer than USCIS says is normal for this type of case.

14. The delay in processing this case is not only inexplicable but also incomprehensible given the current circumstances. It is imperative that my Form I-130 petition be adjudicated immediately so that we can proceed with the immigrant visa process for my stepson.

I affirm under penalty of perjury that the foregoing is true and correct.

J. Rodriguez
**Joshua David Rodriguez Gonzalez**

Date: 8/27/2026