RushTranslate
+1 206-672-5052 I support@rushtranslate.com

ata MEMBER #M-101329

# Certification of Translation Accuracy

Translation of **Certificate** from **Spanish** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Mike Bortscheller
Authorized Representative
Order Date: March 9, 2026

RushTranslate
640 South Fourth Street
Suite 300
Louisville, KY 40202
United States

TRANSLATION CERTIFIED ATA MEMBER # M-101329 RUSHTRANSLATE

[LOGO: DIF ROSALES]

Rosales, Chihuahua. February 05, 2026

Immigration department.

Through the present, I hereby notify you that the child, [redacted], is attending the psychology department of this institution, after being referred by the **Manuel Aguilar Saenz Primary School No. 2052**, located in the municipality of **Rosales, Chihuahua, Mexico**. This is where she is currently studying her primary education studies.

In these therapies, [redacted] has said that he misses his mother a lot, and that he feels sad for not having her by his side, he says he doesn't feel like going to school, and cries regularly because he doesn't want to go to school, he also says that when his mother is here, he is very happy and enjoys every moment with her, but when she leaves, he feels very sad and doesn't want to socialize with his partners, and doesn't want to go to school.

We are working with the therapies so that [redacted] can interact with his classmates, so that he has better control of his emotions, and a proper academic performance, his progress is slow because he needs the company and love of his mother, as well as spending time with her.

With nothing further to add, I remain at your orders for any doubt or comment.

[SIGNATURE]
Lic. Maria Teresa Magallanes Robledo
Prof. Card 14673967

Psychology department

[SEAL: DIF ROSALES
For you with love
Av. Sonora # 100 Col. Centro
Santa Cruz de Rosales,
Chihuahua C.P. 33120
Phone 639 467 0057]

[LOGO: ROSALES
EFFORT
TRUST
LOYALTY]

Av. Sonora # 100, Col. Centro, Rosales, Chih.
C.P. 33120 Tel. 639 467 - 00 - 57

DIF ROSALES

Rosales, Chihuahua. 05 de febrero del 2026

Departamento de Inmigración.

Por medio de la presente hago de su conocimiento que el niño [redacted], está asistiendo al departamento de psicología de esta institución, ya que fue canalizado de la **Escuela Primaria Manuel Aguilar Sáenz No. 2052,** ubicada en el municipio de **Rosales, Chihuahua, México.** En la cual está cursando su actualmente sus estudios de primaria.

Dentro de las terapias [redacted] ha referido que extraña mucho a su mamá y se siente triste porque no está a su lado, refiere no sentir ganas de ir a la escuela y regularmente llora porque no quiere ir a la escuela, también refiere que cuando está aquí su mama él es muy feliz y disfruta cada momento con ella, pero cuando ella se regresa, él se siente muy mal y no quiere socializar con sus compañeros y tampoco quiere ir a la escuela.

Se está trabajando en las terapias para que [redacted] pueda interactuar con sus compañeros de clase, que tenga un mejor control de sus emociones y tener un rendimiento académico adecuado, su proceso avanza lento ya que el necesita la compañía y el amor de su madre, así como compartir con ella.

Sin más por el momento quedo a sus órdenes para cualquier duda o comentario.

María Teresa Magallanes R.

Lic. María Teresa Magallanes Robledo

Ced. Prof. 14673967

Departamento de Psicología

DIF ROSALES para ti con amor

Av. Sonora # 100 Col. Centro
Santa Cruz de Rosales,
Chihuahua C.P. 33120
Teléfono 639 467 0057

ROSALES
ESFUERZO LEALTAD CONFIANZA