RushTranslate
+1 206-672-5052 | support@rushtranslate.com

MEMBER #263976

# Certification of Translation Accuracy

Translation of **Letter** from **Spanish** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Mike Bortscheller
Authorized Representative
Order Date: June 26, 2025

RushTranslate
640 South Fourth Street
Suite 300
Louisville, KY 40202
United States

TRANSLATION CERTIFIED ATA MEMBER # 263976 RUSHTRANSLATE

[LOGO: DIF ROSALES]

Rosales, Chih, October 25, 2024

**To whom it may concern:**

I hereby send a cordial greeting and I would like to inform that the child [redacted] began a psychological process on October 4, 2024.

**Reason for consultation:**

He comes in the company of his maternal grandparents.

A clinical interview was conducted with the grandparents in which they refer that the child was sent by his teacher because he presented difficulties to express and control emotions, likewise the grandparents comment that this arose as a result of the separation of the child with his sister.

His treatment includes different areas such as:

I. Reinforcement of the emotional bond with the nuclear family.
II. Distribution of daily activities
III. Self-awareness.
IV. Activities according to his age.

Currently he continues to attend monitoring therapy in search of favorable results.

The corresponding authorities are asked to allow the child to go with his mother.

At the request of the interested party and for the uses and purposes of the same is extended this information on **October** 25, 2024.

Without further ado and for any questions or clarification I remain of you.

[STAMP: DIF ROSALES – FOR YOU WITH LOVE - SONORA AVE. #100 COL. DOWNTOWN - SANTA CRUZ DE ROSALES, CHIHUAHUA Z.C. 33120 – PHONE 639 467 0057]

**SINCERELY:**

[SIGNATURE]

**Evelyn Torres Campos**

**Psychologist**

[LOGO: ROSALES – EFFORT – TRUST – LOYALTY]

Sonora Ave. # 100, Col. Downtown, Rosales, Chih.
Z.C. 3120 Phone 639 467-00-57

DIF ROSALES

Rosales, Chih, a 25 octubre del 2024

**A quien corresponda:**

Por medio de la presente envió un cordial saludo y me permito informar que el niño [redacted] comenzó un proceso psicológico el día 4 de octubre de 2024.

**Motivo de consulta:**

Acude en compañía de sus abuelos maternos.

Se realizo una entrevista clínica a los abuelos en donde refieren que el menor fue enviado por parte de su maestra porque presento dificultades para poder expresar y controlar emociones, de igual manera los abuelos comentan que esto surgió a raíz de la separación del menor con su hermana.

En su tratamiento se incluyen diferentes áreas como:

I. Reforzamiento del vínculo emocional con la familia nuclear.
II. Distribución de actividades diarias.
III. Conocimiento de sí mismo.
IV. Actividades acordes a su edad.

Actualmente sigue acudiendo a terapia de monitoreo en busca de resultados favorables.

Se pide a las autoridades correspondientes permitir que el niño se vaya con su mamá

A petición de la parte interesada y para los usos y fines de la misma convenga se extiende la presente información el día 25 de **Octubre** de 2024.

Sin más por el momento y para cualquier duda o aclaración quedo de usted.

DIF ROSALES para ti con amor
Av. Sonora # 100 Col. Centro
Santa Cruz de Rosales,
Chihuahua C.P. 33120
Teléfono 639 467 0057

**ATENTAMENTE**

**Lic. Evelyn Torres Campos**

**Psicóloga**

ROSALES ESFUERZO CONFIANZA LEALTAD

Av. Sonora # 100, Col. Centro, Rosales, Chih.
C.P. 33120 Tel. 639 467 - 00 - 57