FOLIO
C08 0698064

Validación Electrónica
* A9245945818*

Clave Unica de Registro de Población
--------

# Estados Unidos Mexicanos

# Acta de Nacimiento

Número de Certificado de Nacimiento
--------

Entidad de Registro
CHIHUAHUA

Municipio de Registro
ROSALES, ROSALES

| Fecha de Registro | Oficialía | Libro | Foja | Acta |
|---|---|---|---|---|
| 16 DE NOVIEMBRE DE 2017 | 1 | 137 | 57 | 207 |

## Datos de la Persona Registrada

[redacted] — Nombre(s)
[redacted] — Primer Apellido
[redacted] — Segundo Apellido

MASCULINO — Sexo
[redacted] — Fecha de Nacimiento
DELICIAS, DELICIAS, CHIHUAHUA — Lugar de Nacimiento

## Datos de Filiación de la Persona Registrada

| Nombre(s) | Primer Apellido | Segundo Apellido | Nacionalidad | Edad |
|---|---|---|---|---|
| MAURO ELIZANDRO (Nombre(s) Padre) | FIGUEROA | CARRILLO | MEXICANA | 30 AÑOS |
| IRENE BERENICE (Nombre(s) Madre) | ZUBIA | SANCHEZ | MEXICANA | 23 AÑOS |

## Datos de los Abuelos

CIRIACO FIGUEROA OCAMPO(FINADO)
MARIA LORENA CARRILLO RAMIREZ
Abuelos Paternos

GUSTAVO ALBERTO ZUBIA CASTRO
AMELIA SANCHEZ VILLALOBOS
Abuelos Maternos

## Anotaciones Marginales

*NO CONTIENE ANOTACIONES...*

## Certificación

LA PRESENTE CERTIFICACIÓN ES UN EXTRACTO DEL ACTA CUYOS DATOS ARRIBA SE PRECISAN Y QUE SE EXPIDE FIRMADA ELECTRÓNICAMENTE, Y DE MANERA AUTÓGRAFA CON FUNDAMENTO EN LOS ARTICULOS 49 DEL CODIGO CIVIL DEL ESTADO DE CHIHUAHUA Y 2 DEL REGLAMENTO INTERIOR DEL REGISTRO CIVIL DEL ESTADO DE CHIHUAHUA, EN ROSALES, ROSALES

A LOS CINCO DIA(S) DEL MES DE OCTUBRE DEL AÑO DOS MIL DIECIOCHO. DOY FE.-

* A9245945818*

Código QR

108055000120170002071

LICDA. INES AURORA MARTINEZ BERNAL
DIRECTORA DEL REGISTRO CIVIL

pgkvjcp_ocwtkekqhkiwgtqc|wdkcch`cc`dbcl

Para verificar la autenticidad del contenido de este documento visite la página en internet : http://www.chihuahua.gob.mx/registrocivil/

# Certificate of Translation Accuracy

Translation of **Birth Certificate** from **Spanish** to **English**

I, Maria Longa, certify that I am fluent in Spanish and English, have 8 years of professional translation experience (since 2018), am competent to translate from Spanish into English, and that this translation of the above-mentioned document is complete and accurate. I further certify that this document has not been translated for a family member, friend, or business associate.

Maria Longa
Translator
August 27, 2026

As an authorized representative of RushTranslate, a professional translation services agency, I certify that this translation was performed by Maria Longa, a professional translator engaged by RushTranslate whose identity and qualifications we have verified, and that it was prepared under RushTranslate's quality assurance process. RushTranslate concurs that the translation is complete and accurate. This certification attests to the correctness of the translation only; no claims are made about the authenticity or content of the original document. A copy of the translation is attached.

Mike Bortscheller
Authorized Representative
August 27, 2026

RushTranslate
640 South Fourth Street
Suite 300
Louisville, KY 40202
United States

TRANSLATION
CERTIFIED
ATA MEMBER
# M-101329
RUSHTRANSLATE

RushTranslate
+1 206-672-5052 | support@rushtranslate.com

ata MEMBER #M-101329

PAGE
C08 0698064
[BARCODE]

[COAT OF ARMS: UNITED MEXICAN STATES]

Electronic Validation
*A9245945818*
[BARCODE]
Unique population registry key
_ _ _ _ -

United Mexican States

Birth Certificate

[BARCODE]
Birth Certificate Number
_ _ _ _ -

Registration State
CHIHUAHUA
Registration Municipality
ROSALES, ROSALES

| Registration date | Office | Book | Page | Certificate |
|---|---|---|---|---|
| NOVEMBER 16, 2017 | 1 | 137 | 57 | 207 |

**Data of Registered Individual**

| [redacted] | [redacted] | [redacted] |
|---|---|---|
| Name(s) | First Surname | Second Surname |

| MALE | [redacted] | DELICIAS, DELICIAS, CHIHUAHUA |
|---|---|---|
| Gender | Date of Birth | Place of Birth |

**Data of Parents of Registered Individual**

| MAURO ELIZANDRO | FIGUEROA | CARRILLO | MEXICAN | 30 YEARS OLD |
|---|---|---|---|---|
| Father's Name(s) | First Surname | Second Surname | Nationality | Age |

| IRENE BERENICE | ZUBIA | SANCHEZ | MEXICAN | 23 YEARS OLD |
|---|---|---|---|---|
| Mother's Name(s) | First Surname | Second Surname | Nationality | Age |

**Data of Grandparents**

| CIRIACO FIGUEROA OCAMPO (DECEASED)<br>MARIA LORENA CARRILLO RAMIREZ | GUSTAVO ALBERTO ZUBIA CASTRO<br>AMELIA SANCHEZ VILLALOBOS |
|---|---|
| Paternal Grandparents | Maternal Grandparents |

| Marginal Annotations | Certification |
|---|---|
| IT INCLUDES NO ANNOTATIONS. | THIS CERTIFICATION IS AN EXCERPT OF THE CERTIFICATE WHICH DATA IS MENTIONED ABOVE, AND IT WAS ISSUED WITH AN ELECTRONIC AND HANDWRITTEN SIGNATURE IN ACCORDANCE WITH ARTICLE 49 OF THE CIVIL CODE OF THE STATE OF |

RushTranslate
+1 206-672-5052 | support@rushtranslate.com

ata
MEMBER #M-101329

| | |
|---|---|
| | CHIHUAHUA, AND ARTICLE 2 OF THE INTERNAL REGULATIONS OF THE CIVIL REGISTRY OF THE STATE OF CHIHUAHUA. IN ROSALES, ROSALES. |
| | ON THE FIFTH DAY OF OCTOBER OF THE YEAR TWO THOUSAND EIGHTEEN. I ATTEST.- |

*A9245945818*

[QR CODE]

[COAT OF ARMS: STATE OF CHIHUAHUA COURAGE, LOYALTY, HOSPITALITY]

QR Code

[QR CODE]

108055000120170020171
[BARCODE]

[SIGNATURE]
INES AURORA MARTINEZ BERNAL
HEAD OF THE CIVIL REGISTRY

pgkvjcp_ocwtkekqhklwgtqc\wdkcch*cc*dbci

To verify the authenticity of this document’s content, visit the website:
http://www.chihuahua.gob.mx/registrocivil/